Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−34991−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John K. Crain Jr.
   81 Oswego Trail
   Medford, NJ 08055

Social Security No.:
   xxx−xx−2635

Employer's Tax I.D. No.:

    NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 2/13/18
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

ALL OTHER INFORMATION CONTAINED IN THE NOTICE IS CORRECT.

Dated: January 29, 2018
JAN: vpm

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John K. Crain, Jr.  
    Debtor

Case No. 17-34991-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 29, 2018  
                      Form ID: 200    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.
```
db          +John K. Crain, Jr.,   81 Oswego Trail,   Medford, NJ 08055-1110
517225133   +Ditech c/o,   KML Law Group, PC,   Kristina Martha, Esq,   216 Haddon Ave, Ste 406,
              Collingswood, NJ 08108-2812
517225135   +Majestic Automotive Group,   499 S Rt 130,   Riverton, NJ 08077-2864
517225136   +NJ Division of Tax,   955 So Springfield Ave,   Springfield, NJ 07081-3570
517225137    Wells Fargo Dealer Services,   MAC T9017-026,   PO Box 168048,   Irving, TX 75016-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2018 23:51:13     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2018 23:51:12     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517225131    E-mail/Text: ally@ebn.phinsolutions.com Jan 29 2018 23:50:44     Ally,   PO Box 380902,
              Minneapolis, MN 55438-0902
517262143    E-mail/Text: ally@ebn.phinsolutions.com Jan 29 2018 23:50:44     Ally Capital,   PO Box 130424,
              Roseville MN 55113-0004
517225132    E-mail/Text: bankruptcy.bnc@ditech.com Jan 29 2018 23:51:03     Ditech,   PO Box 6172,
              Rapid City, SD 57709-6172
517287441    E-mail/Text: bankruptcy.bnc@ditech.com Jan 29 2018 23:51:03
              Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
517225134    E-mail/Text: cio.bncmail@irs.gov Jan 29 2018 23:50:51     IRS,
              Centralized Insolvency Operations,   PO Box 21126,   Philadelphia, PA 19114
                                                                                              TOTAL: 7
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert   Braverman    on behalf of Debtor John K. Crain, Jr. robert@bravermanlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```