UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert N. Braverman, Esquire (RB4093)
Law Office of Robert Braverman, LLC
1060 N. Kings Hwy., Suite #333
Cherry Hill, NJ 08034
(856) 348-0115
Attorneys for Debtor

In Re:

JOHN K. CRAIN, JR.

Case No.: 17-34991

Judge: MBK

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by ___Ally Capital___, creditor,

   A hearing has been scheduled for ___March 20, 2018___, at ___10:00 am___.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☒ Payments have been made in the amount of $ ___1,590.00___, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: March 2, 2018                         /s/ John J. Crain, Jr.
                                            Debtor's Signature

Date: _____                _____
                                            Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15



# Bank

**America's Most Convenient Bank®**
Questions about our online banking update? **Check out our FAQs**
(https://ads.tdbank.com/RealMedia/ads/click_lx.ads/ngp.tdbank.com/en/retail/login/L30/564982394/Frame1/TDBank/TDBANK_USDP_

**Front of check**

```
JOHN K. CRAIN, JR.                                    2605
MELISSA S. CRAIN
61 OSWEGO TRAIL
MEDFORD LAKES, NJ 08055        2/1/18
                                          Date
PAY to the
 order of    ALLY Financial          $ 1,590.00
  One thousand Five Hundred ninety — 00/100  Dollars

TD Bank
            0296
 :031201360:       2605
```

**Back of check**

```
                     ICL Deposit to JPMorgan Chase
        Regulus LVL                       222222222222
        00000462    10                    111111111
        200092      191721                02/17/18
```

© 2018 TD Bank, N.A. All Rights Reserved