UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

45958
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ally Capital

Order Filed on April 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN K. CRAIN, JR.

Case No.: 17-34991

Adv. No.:

Hearing Date: 3-20-18

Judge: MBK

# AMENDED ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 9, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

John K. Crain, Jr.
17-34991(MBK)
**Amended Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
Page 2

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq., attorney for Ally Capital, with the appearance of Robert Braverman, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney and the non-filing co-debtor, Melissa S. Crain under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ally Capital is the holder of a first purchase money security interest encumbering a 2016 Hyundai Santa Fe bearing vehicle identification number KM8SMDHF9GU163662 (hereinafter the "vehicle").

2. At the hearing the debtor's loan with Ally was $609.38 in arrears post-petition, being $31.66 for the 2-15-18 payment and the full 3-15-18 payment of $577.72. The debtor shall pay Ally $608.38 by 4-14-18 and thereafter shall make all retail installment contract payments to Ally Capital when due, being the 15th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Ally Capital shall receive stay relief as to the debtor and non-filing co-debtor, Melissa S. Crain to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney and the non-filing co-debtor.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Ally Capital shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney and the non-filing co-debtor.