UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
45958
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Ally Capital

**Order Filed on April 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN K. CRAIN, JR.

Case No.: 17-34991

Adv. No.:

Hearing Date: 3-20-18

Judge: MBK

# AMENDED ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 9, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

John K. Crain, Jr.
17-34991(MBK)
**Amended Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
Page 2

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq., attorney for Ally Capital, with the appearance of Robert Braverman, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and his attorney and the non-filing co-debtor, Melissa S. Crain under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Ally Capital is the holder of a first purchase money security interest encumbering a 2016 Hyundai Santa Fe bearing vehicle identification number KM8SMDHF9GU163662 (hereinafter the "vehicle").

2. At the hearing the debtor's loan with Ally was $609.38 in arrears post-petition, being $31.66 for the 2-15-18 payment and the full 3-15-18 payment of $577.72. The debtor shall pay Ally $608.38 by 4-14-18 and thereafter shall make all retail installment contract payments to Ally Capital when due, being the 15th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Ally Capital shall receive stay relief as to the debtor and non-filing co-debtor, Melissa S. Crain to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney and the non-filing co-debtor.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Ally Capital shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and his attorney and the non-filing co-debtor.

United States Bankruptcy Court
District of New Jersey

In re:
John K. Crain, Jr.
    Debtor

Case No. 17-34991-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 11, 2018
                             Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2018.
db          +John K. Crain, Jr.,    81 Oswego Trail,    Medford, NJ 08055-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:
       Albert Russo    docs@russotrustee.com
       Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
       John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
       John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
       Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
       Robert Braverman    on behalf of Debtor John K. Crain, Jr. robert@bravermanlaw.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                     TOTAL: 7