

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | Case No.:    17-34991 |
| John K. Crain, Jr. | Chapter:    13 |
| | Judge:    MBK |

# ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: July 10, 2018

Michael B Kaplan
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___E/F___ or to the List of Creditors on ___July 6, 2018___ that:

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1.  A copy of the applicable *Notice of Chapter* ___13___ *Bankruptcy Case,* and

2.  In a Chapter 11 case:
    a) a copy of the last modified plan and disclosure statement, if any, and
    b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3.  In a Chapter 12 or Chapter 13 case:
    a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
    b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:
John K. Crain, Jr.
    Debtor

Case No. 17-34991-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 10, 2018
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.
db          +John K. Crain, Jr.,    81 Oswego Trail,    Medford, NJ 08055-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:
           Albert   Russo   docs@russotrustee.com
           Denise E. Carlon   on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           John R. Morton, Jr.   on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
           John R. Morton, Jr.   on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
           Rebecca Ann Solarz   on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
           Robert   Braverman   on behalf of Debtor John K. Crain, Jr. robert@bravermanlaw.com
           U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 7