Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–34991–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John K. Crain Jr.
   81 Oswego Trail
   Medford, NJ 08055

Social Security No.:
   xxx–xx–2635

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on December 27, 2017 and a confirmation hearing on such Plan has been scheduled for July 10, 2018.

The debtor filed a Modified Plan on July 6, 2018 and a confirmation hearing on the Modified Plan is scheduled for August 14, 2018 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: July 12, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
John K. Crain, Jr.
    Debtor

Case No. 17-34991-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 12, 2018
                      Form ID: 186     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2018.
```
db             +John K. Crain, Jr.,    81 Oswego Trail,    Medford, NJ 08055-1110
517225133      +Ditech c/o,    KML Law Group, PC,    Kristina Martha, Esq,    216 Haddon Ave, Ste 406,
                 Collingswood, NJ 08108-2812
517632761      +Gurbir S. Grewal, Attorney General,    PO Box 080,    Trenton, NJ 08625-0080
517225135      +Majestic Automotive Group,    499 S Rt 130,    Riverton, NJ 08077-2864
517225136      +NJ Division of Tax,    955 So Springfield Ave,    Springfield, NJ 07081-3570
517632760     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695)
517225137       Wells Fargo Dealer Services,    MAC T9017-026,    PO Box 168048,    Irving, TX 75016-8048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2018 23:26:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2018 23:25:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2018 23:24:51      Ally Capital,
                 serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
cr              E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2018 23:24:51      Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
517225131       E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2018 23:24:51      Ally,    PO Box 380902,
                 Minneapolis, MN 55438-0902
517262143       E-mail/Text: ally@ebn.phinsolutions.com Jul 12 2018 23:24:51      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517225132       E-mail/Text: bankruptcy.bnc@ditech.com Jul 12 2018 23:25:31      Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
517287441       E-mail/Text: bankruptcy.bnc@ditech.com Jul 12 2018 23:25:31
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517225134       E-mail/Text: cio.bncmail@irs.gov Jul 12 2018 23:25:20      IRS,
                 Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114
                                                                                               TOTAL: 9
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert Braverman    on behalf of Debtor John K. Crain, Jr. robert@bravermanlaw.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 12, 2018
                              Form ID: 186             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                      TOTAL: 7