UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert N. Braverman, Esquire (RB4093)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1060 N. Kings Hwy., Suite 333
Cherry Hill, NJ 08034
(856) 348-0115
Attorneys for Debtor, John K. Crain, Jr.

**Order Filed on September 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN K. CRAIN, JR.

Case #17-34991

Chapter 13

Hearing Date:  09/11/2018

Judge:   **Michael B. Kaplan**

## ORDER ALLOWING TRUSTEE TO PAY LATE FILED CLAIM
## OF STATE OF NEW JERSEY

The relief set forth on the following pages, numbered two (2) through 2 is hereby
**ORDERED**

**DATED: September 13, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page (2)
Debtor:              John K. Crain, Jr.
Case #:              17-34991/MBK
Caption of Order:    Order Allowing Trustee to Pay Late Filed Claim of State of New Jersey


This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE

of LAW OFFICE OF ROBERT BRAVERMAN, LLC, attorney for the above captioned debtor,

pursuant to a Motion Seeking to Allow the Chapter 13 Trustee to Pay the Late Filed Claim of the

State of New Jersey, and the Court having reviewed the supporting documents filed herein and

having heard the arguments of counsel, and for good cause shown;

It is ORDERED that Albert Russo, Chapter 13 Trustee, be authorized to pay the late filed

claim of the State of New Jersey.