UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Robert N. Braverman, Esquire (RB4093)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1060 N. Kings Hwy., Suite 333
Cherry Hill, NJ 08034
(856) 348-0115
Attorneys for Debtor, John K. Crain, Jr.

Order Filed on September 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN K. CRAIN, JR.

Case #17-34991

Chapter 13

Hearing Date: 09/11/2018

Judge: Michael B. Kaplan

## ORDER ALLOWING TRUSTEE TO PAY LATE FILED CLAIM OF STATE OF NEW JERSEY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**

DATED: September 13, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page (2)
Debtor:            John K. Crain, Jr.
Case #:            17-34991/MBK
Caption of Order:  Order Allowing Trustee to Pay Late Filed Claim of State of New Jersey

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE of LAW OFFICE OF ROBERT BRAVERMAN, LLC, attorney for the above captioned debtor, pursuant to a Motion Seeking to Allow the Chapter 13 Trustee to Pay the Late Filed Claim of the State of New Jersey, and the Court having reviewed the supporting documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is ORDERED that Albert Russo, Chapter 13 Trustee, be authorized to pay the late filed claim of the State of New Jersey.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-34991-MBK
John K. Crain, Jr.                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1         Date Rcvd: Sep 13, 2018
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db           +John K. Crain, Jr.,    81 Oswego Trail,    Medford, NJ 08055-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert    Braverman    on behalf of Debtor John K. Crain, Jr. robert@bravermanlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7