Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                               Case No.: 17−34991−MBK
                                               Chapter: 13
                                               Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John K. Crain Jr.
   81 Oswego Trail
   Medford, NJ 08055

Social Security No.:
   xxx−xx−2635

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/26/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 27, 2019
JAN: wir

                                                                                          Jeanne Naughton
                                                                                          Clerk

```
                                    United States Bankruptcy Court
                                         District of New Jersey
In re:                                                                       Case No. 17-34991-MBK
John K. Crain, Jr.                                                           Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3             User: admin                  Page 1 of 2             Date Rcvd: Jun 27, 2019
                                 Form ID: 148                 Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db             +John K. Crain, Jr.,    81 Oswego Trail,    Medford, NJ 08055-1110
517225133      +Ditech c/o,   KML Law Group, PC,   Kristina Martha, Esq,   216 Haddon Ave, Ste 406,
                 Collingswood, NJ 08108-2812
517632761      +Gurbir S. Grewal, Attorney General,    PO Box 080,    Trenton, NJ 08625-0080
517225135      +Majestic Automotive Group,    499 S Rt 130,    Riverton, NJ 08077-2864
517225136      +NJ Division of Tax,    955 So Springfield Ave,    Springfield, NJ 07081-3570
517632760     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2019 00:44:22     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2019 00:44:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Jun 28 2019 04:08:00      Ally Capital,   serviced by Ally Servicing LLC,
                 PO Box 130424,   Roseville, MN 55113-0004
cr              EDI: GMACFS.COM Jun 28 2019 04:08:00      Ally Financial,   PO Box 130424,
                 Roseville, MN 55113-0004
517225131       EDI: GMACFS.COM Jun 28 2019 04:08:00      Ally,   PO Box 380902,   Minneapolis, MN 55438-0902
517262143       EDI: GMACFS.COM Jun 28 2019 04:08:00      Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
517225132       E-mail/Text: bankruptcy.bnc@ditech.com Jun 28 2019 00:43:54     Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
517287441       E-mail/Text: bankruptcy.bnc@ditech.com Jun 28 2019 00:43:54
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517225134       EDI: IRS.COM Jun 28 2019 04:13:00      IRS,   Centralized Insolvency Operations,    PO Box 21126,
                 Philadelphia, PA 19114
517225137       EDI: WFFC.COM Jun 28 2019 04:13:00      Wells Fargo Dealer Services,    MAC T9017-026,
                 PO Box 168048,   Irving, TX 75016-8048
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Albert Russo   docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Ally Financial ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              Robert Braverman    on behalf of Debtor John K. Crain, Jr. robert@bravermanlaw.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 27, 2019
                              Form ID: 148             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                              TOTAL: 8